PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Anthony Arthur                                              Cr.: 14-00524-001
                                                                              PACTS #: 672941

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/07/2016

Original Offense:   Mortgage Fraud

Original Sentence: One Day imprisonment, 36 months supervised release

Special Conditions: Eight Months Location Monitoring Program, New Debt Restriction, Employment Restriction, Self-Employment/Business Disclosure, Mental Health Treatment, $100 Special Assessment, and $256,511.07 in Restitution

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/07/2016

## STATUS REPORT

Mr. Arthur currently resides in Franklin Township, New Jersey, and he has been employed with Smashing Graphics Game Studios in East Brunswick, New Jersey, since January 2018. We believe that Mr. Arthur has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $2,250 towards the restitution balance. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Arthur's term of supervision to expire as scheduled on January 6, 2019.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle Siedzik
    U.S. Probation Officer
Date: 12/27/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time – Supervision to expire on January 6, 2019.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

January 7, 2019
Date